United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Todd Benjamin International, Ltd. and others, Plaintiffs, <br><br> v. <br><br> TCA Fund Management Group Corp. and others, Defendants. | )<br>)<br>)<br>) Civil Action No. 20-21808-Civ-Scola<br>)<br>)<br>)<br>) |

### Order

This matter is before the Court on the Plaintiffs' unopposed motion for leave to amend the complaint. (ECF No. 19.) After careful consideration of the briefing, the record, and the relevant legal authorities, the Court **grants** the Plaintiffs' motion. (**ECF No. 19**.)

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party seeking to amend its complaint more than twenty-one days after the defendant has served a responsive pleading or a motion to dismiss may do so only with the opposing party's written consent or the court's leave. Leave shall be freely given when justice so requires. Rule 15(a) reflects a policy of "liberally permitting amendments" and absent a "substantial reason to deny leave to amend" a plaintiff's request should be granted. *Espey v. Wainwright*, 734 F.2d 748, 750 (11th Cir. 1984). The Plaintiffs seek to amend their complaint in order to bring claims against defendants not named in the original complaint and not subject to the stay imposed by the receivership order entered in *Securities and Exchange Commission v. TCA Fund Management Group Corporation*, No. 20-21964-CIV-ALTONAGA (S.D. Fla.) (the "SEC Action"). (ECF No. 19.) The Receiver does not oppose the motion (ECF No. 19), and the Court granted the Plaintiffs leave to amend their complaint to add the new defendants in the SEC Action. (No. 20-21964-CIV, ECF No. 297.)

Therefore, the Court **grants** Plaintiff's motion (**ECF No. 19**.) The stay imposed by the Court's order staying and administratively closing the case (ECF No. 16) is **lifted**. The Clerk is directed to **reopen** this case. The Plaintiffs shall file their Amended Complaint (ECF No. 19-1) as a separate docket entry by **September 6, 2022**.

**Done and ordered** in Miami, Florida, on August 31, 2022.

_____
Robert N. Scola, Jr.
United States District Judge