UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:20-CV-21808-RNS

TODD BENJAMIN INTERNATIONAL, LTD.
and TODD BENJAMIN, individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

GRANT THORNTON CAYMAN ISLANDS,
and GRANT THORNTON IRELAND,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kyla Gibboney of the law firm of Gibbs Law Group LLP, 1111 Broadway, Suite 2100, Oakland, California 94607, (510) 350-9709, for purposes of appearance as co-counsel on behalf of Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kyla Gibboney to receive electronic filings in this case, and in support thereof states as follows:

    1.    Kyla Gibboney is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California, the United States District Court for the Northern District of California, and the courts listed in Exhibit 1 attached hereto.

    2.    Movant, Marcelo Diaz-Cortes of the law firm of Levine Kellogg Lehman Schneider + Grossman LLP, 100 SE 2nd Street, Miami Tower, 36th Floor, Miami, Florida 33131, (305) 403-8788, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings

shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Kyla Gibboney has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Kyla Gibboney, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kyla Gibboney at her email address: kjg@classlawgroup.com.

WHEREFORE, Marcelo Diaz-Cortes, moves this Court to enter an Order permitting Kyla Gibboney, to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kyla Gibboney.

Date: September 19, 2023

Respectfully submitted,

By: */s/ Marcelo Diaz-Cortes*

Marcelo Diaz-Cortes
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
100 SE 2nd Street, 36th Floor
Miami Tower
Miami, Florida 33131
Telephone: (305) 403-8788
Email: md@lklsg.com
Secondary: cf@lklsg.com
Florida Bar No. 118166
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing document was served on September 19, 2023 via the Court's CM/ECF filing system to all recipients registered to receive notices of electronic filings generated by CM/ECF for this case.

By: */s/ Marcelo Diaz-Cortes*
Marcelo Diaz-Cortes