UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-CV-21808-RNS

TODD BENJAMIN INTERNATIONAL, LTD.
and TODD BENJAMIN, individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

GRANT THORNTON CAYMAN ISLANDS,
and GRANT THORNTON IRELAND,

    Defendants.
_____/

### CERTIFICATION OF KYLA GIBBONEY

Kyla Gibboney, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California, the United States District Court for the Northern District of California, and the courts listed in Exhibit 1 attached hereto; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                       By:*/s/ Kyla Gibboney*
                                                                          Kyla Gibboney

**EXHIBIT 1**

| **State Bar** | **Date of Admission** |
|---|---|
| State Bar of California | December 12, 2014 |

| **Courts** | **Date of Admission** |
|---|---|
| USDC, Central District of CA | January 17, 2018 |
| USDC, Northern District of CA | December 11, 2015 |
| 9th Circuit Court of Appeals | April 12, 2016 |

| **Admitted Pro Hac Vice** | **Date of Admission** |
|---|---|
| USDC, Southern District of FL | December 19, 2020 |
| USDC, Northern District of GA | March 2, 2022 |
| USDC, District Court of MN | October 2, 2019 |
| USDC, District Court of NV | March 22, 2023 |