UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-CV-21808-RNS

TODD BENJAMIN INTERNATIONAL, LTD.
and TODD BENJAMIN, individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

GRANT THORNTON CAYMAN ISLANDS,
and GRANT THORNTON IRELAND,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*****, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Kyla Gibboney, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Kyla Gibboney may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Kyla Gibboney, at kjg@classlawgroup.com.

    DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2023.

_____
Hon. Robert N. Scola, Jr.
United States District Judge

Copies furnished to: All Counsel of Record