UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21808-CIV-SCOLA

TODD BENJAMIN INTERNATIONAL, LTD. and
TODD BENJAMIN, individually and on behalf of
all others similarly situated,

    Plaintiffs,

v.

GRANT THORNTON CAYMAN ISLANDS,
and GRANT THORNTON IRELAND,

    Defendants.
_____/

**NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

In accordance with Local Rule 3.8, Defendant Grant Thornton Cayman Islands ("GT Cayman") files its Notice of Pending, Refiled, Related or Similar Actions as follows:

1. *S.E.C. v. TCA Fund Management Group Corp. et al.,* Case No. 1:20-cv-21964-CMA, in the United States District Court, Southern District of Florida, Miami Division ("SEC Action"). The SEC Action concerns the Security and Exchange Commission's action to enjoin further alleged violations of the federal securities laws by defendants TCA Fund Management Group Corp. and TCA Global Credit Fund GP, Ltd. As part of the SEC Action, the court appointed Jonathan E. Perlman as receiver over the TCA entities.

2. *Jonathan E. Perlman, Esq., as Court-Appointed Receiver of TCA Fund Management Group Corp., et al. v. Bolder Fund Services (USA), LLC et al.*, Case No. 1:23-cv-23988-FAM, in the United States District Court, Southern District of Florida, Miami Division ("Bolder Action"). The Bolder Actions concerns claims for breach of contract, breach of duty by gross negligence, breach of duty by willful default, dishonest assistance, negligence, aiding and

abetting breach of fiduciary duty, and aiding and abetting fraud brought by Jonathan E. Perlman as the court-appointed Receiver of the TCA entities against Bolder Fund Services (USA), LLC, Bolder Fund Services (Cayman), Ltd., and Bolder Group Holding B.V.

Dated: December 15, 2023

    *s/Michael S. Hooker*
John D. Mullen   |   FBN 0032883
   john.mullen@phelps.com
Michael S. Hooker   |   FBN 0330655
   michael.hooker@phelps.com
**PHELPS DUNBAR LLP**
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5315
813-472-7550

**Counsel for Grant Thornton Cayman Islands**

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was electronically filed this 15th day of December, 2023, with the Clerk of the Court by using the Court's CM/ECF system, which will send notice of electronic filing, via email, to all counsel or parties of record, including those on the Service List below.

    *s/Michael S. Hooker*
**Counsel for Grant Thornton Cayman Islands**